UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PATRICIA WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration,<br><br>    Defendant. | ED CV 10-1306-CW<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: June 29, 2011

_____/s/_____
CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE